UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | No. 3:07-CR-124 |
| V. | ) | (VARLAN/SHIRLEY) |
| | ) | |
| | ) | |
| | ) | |
| MICHAEL RODNEY SHARP | ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

A initial appearance and arraignment were held in this case on October 4, 2007. Tracy Stone, Assistant United States Attorney, was present representing the government, and Beth Ford, Federal Defendant, was present representing the defendant. The defendant was on bond/pretrial release at the time of this arrest and the 10 day time period for the government/Pretrial Services to check with the State of Tennessee is applicable and was requested. The defendant was present and moved that the detention hearing be set within the 10 days permitted by law and that if the defendant is released in Anderson County, that the detention hearing be scheduled earlier.

Upon motion of the government for detention, and pursuant to 18:3142, a hearing is scheduled before the undersigned on **Wednesday, October 10, 2007,** at **10:00 a.m.**

The defendant shall be held in custody by the United States Marshal until that time and produced for the above scheduled hearing.

ENTER:


                                                            s/ C. Clifford Shirley, Jr.
                                                         United States Magistrate Judge